ELIZABETH M. DOLAN, Respondent, *v.* HARRY T. DOLAN, Appellant.

Argued October 8, 1946; decided November 14, 1946.

*Harry T. Dolan,* appellant in person.
*Edwin L. La Crosse* and *John A. Bolles* for respondent.

Judgment of Appellate Division reversed, without costs, and the case remitted to the Appellate Division for compliance with section 602 of the Civil Practice Act. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.